UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-cr-00050-SDN-8 |
| | ) | |
| AMARI PERRY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO SEVER

Before the Court is Defendant Amari Perry's unopposed Motion to Sever. ECF No. 261. The Government does not oppose the motion and acknowledges that, in light of the Court's recent ruling on Mr. Perry's Motion to Suppress, ECF No. 260, separate trials are appropriate, ECF No. 270.

Under Federal Rule of Criminal Procedure 8(b), defendants may be joined in a single indictment if they are alleged to have participated in the same act or series of acts constituting an offense. However, Rule 14(a) authorizes the Court to order severance when joinder "appears to prejudice a defendant or the government."

Having reviewed the record, and noting the Government's lack of opposition, the Court finds that severance is warranted to prevent potential prejudice and to ensure the fair administration of justice.

Accordingly, Mr. Perry's Motion to Sever is **GRANTED**. ECF No. 261. Mr. Perry shall be tried separately from the remaining defendants. The Court further adopts the trial schedule currently set for all defendants as applicable to Mr. Perry unless otherwise ordered.

**SO ORDERED.**

1

Dated this 1st day of April, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**